JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH MENICHIELLO, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>vs.<br><br>**CAPFUSION, LLC; RYAN SULLIVAN; and DOES 1 through 10, inclusive, and each of them**,<br><br>Defendant. | Case No. 8:17-cv-00717-JVS<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to Plaintiff's individual claims against CapFusion, LLC; Ryan Sullivan; and Does 1 through 10, and each of them, and without prejudice as to the putative Class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 21st day of December, 2017.

_____
The Honorable James V. Selna

Order to Dismiss - 1